**UNITED STATES of America,
Plaintiff-Appellant,**

v.

**Omar QAZI, Defendant-Appellee.**

No. 17-10004

United States Court of Appeals,
Ninth Circuit.

Submitted February 16, 2018 *
San Francisco, California

Filed February 26, 2018

Elizabeth Olson White, Esquire, Assistant U.S. Attorney, USRE—Office of the US Attorney-Reno, Reno, NV, for Plaintiff-Appellant

Mario D. Valencia, Esquire, Attorney, Mario D. Valencia, Attorney At Law, Henderson, NV, for Defendant-Appellee

Before: BEA and N.R. SMITH, Circuit Judges, and LASNIK,** District Judge.

MEMORANDUM ***

The government appeals the district court's order suppressing Omar Qazi's post-arrest statements upon finding that Qazi was given a deficient *Miranda v. Arizona*, 384 U.S. 436, 86 S.Ct. 1602, 16 L.Ed.2d 694 (1966), warning. We have jurisdiction under 18 U.S.C. § 3731, and we reverse.

Qazi argues that the *Miranda* warning was insufficient because it failed to inform him that he had a right to an attorney "before and during questioning" and that the statement given was merely the *Miranda* Court's "summary," not its holding. We review the sufficiency of a *Miranda* warning de novo. *United States v. Loucious*, 847 F.3d 1146, 1148-49 (9th Cir. 2017).

*Miranda* held that "the following measures are required": "Prior to any questioning, the person must be warned that ... *he has a right to the presence of an attorney*." 384 U.S. at 444, 86 S.Ct. 1602 (emphasis added); *see also id.* at 478-79, 86 S.Ct. 1602 (reiterating similar language). Qazi was informed: "You have the right to the presence of an attorney." "[W]e emphasize that while Supreme Court case law does not require a verbatim recitation of *Miranda*'s warnings, *it does not proscribe it either.*" *Loucious*, 847 F.3d at 1151 (emphasis added). Here, the *Miranda* warning given to Qazi was nearly verbatim to the language in *Miranda*, changing only the pronoun and the verb. Qazi was not given an insufficient *Miranda* warning.

**REVERSED AND REMANDED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

\*\* The Honorable Robert S. Lasnik, United States District Judge for the Western District of Washington, sitting by designation.

\*\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.